People v Rivera (2022 NY Slip Op 50998(U))

[*1]

People v Rivera (Ruben)

2022 NY Slip Op 50998(U) [76 Misc 3d 137(A)]

Decided on October 14, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 14, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570043/16

The People of the State of New
York, Respondent,
against
Ruben Rivera,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Lisa A. Sokoloff, J.), rendered July 23, 2015, convicting him, upon
his plea of guilty, of criminal possession of a controlled substance in the seventh degree,
and imposing sentence.

Per Curiam.
Judgment of conviction (Lisa A. Sokoloff, J.), rendered July 23, 2015, affirmed.
In view of defendant's knowing waiver of the right to prosecution by information,
the accusatory instrument only had to satisfy the reasonable cause requirement of a
misdemeanor complaint (see
People v Dumay, 23 NY3d 518, 522 [2014]). So viewed, the accusatory
instrument was jurisdictionally valid because it described facts of an evidentiary nature
establishing reasonable cause to believe that defendant was guilty of seventh-degree
criminal possession of a controlled substance (see Penal Law § 220.03). The
instrument alleged that after a police officer observed defendant "hand" a "small object"
to a "separately charged" defendant (Creamer), the officer then "recovered one twist of
crack/cocaine" from the hand of Creamer. Contrary to defendant's contention, the
factfinder could reasonably infer from the pleaded facts that the twist of crack/cocaine
recovered from Creamer was the same "small object" that defendant "hand[ed]" to
Creamer (see People v
Walton, 60 Misc 3d 127[A], 2018 NY Slip Op 50932[U] [App Term, 1st Dept
2018], lv denied 32 NY3d 1009 [2018]), and therefore defendant possessed the
twist of crack/cocaine himself (see People v Robinson, 129 AD3d 550 [2015], lv
denied 26 NY3d 1010 [2015]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 14, 2022